# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 648 | **DATE** | 4/13/2009 |
| **CASE TITLE** | G.M. Sign, Inc. vs. Entre Commercial Realty, LLC | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to remove from view, the exhibits attached to document entry #28 which is a status report filed by defendant. The attachment contains settlement negotiation documents which were inadvertently filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|