IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G. M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>  v.<br><br>ENTRE COMMERCIAL REALTY, LLC,<br><br>        Defendant. | No. 09 CV 648<br><br>Judge Manning<br>Magistrate Judge Cox |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF CLASS ACTION COMPLAINT**

Plaintiff, G. M. SIGN, INC., hereby files a voluntary dismissal with prejudice of the Class Action Complaint against Defendant, ENTRE COMMERCIAL REALTY, LLC, as allowed under Federal Rules of Civil Procedure 41(a)(1). The class allegations are dismissed without prejudice.

             Respectfully submitted,

             G. M. SIGN, INC., individually and as the
             representative of a class of similarly-situated
             persons


        By: s/Brian J. Wanca
           One of Plaintiff's Attorneys


Brian J. Wanca           Phillip A. Bock
ANDERSON + WANCA       BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760    134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL 60008     Chicago, IL 60602
Telephone: 847/368-1500      Telephone: 312/658-5500

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2009, I electronically filed this Notice of Voluntary Dismissal of the Class Action Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      s/Brian J. Wanca
                                      Brian J. Wanca
                                      Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |