# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

G.M. Sign, Inc.

                               Plaintiff,

v.                                                                      Case No.: 1:09−cv−00648
                                                                         Honorable Susan E. Cox

Entre Commercial Realty, LLC

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2009:

       MINUTE entry before the Honorable Susan E. Cox: The parties having filed a notice of voluntary dismissal, status hearing set for 5/5/09 at 9:30 a.m. is stricken. All pending motions are terminated. The above−entitled cause of action is dismissed with prejudice pursuant to F.RC.P. 41(a)(1). The class allegations are dismissed without prejudice. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.